United States District Court
Southern District of Texas
**ENTERED**
July 11, 2017
David J. Bradley, Clerk

| | |
|---|---|
| RODOLFO JESUS MORALES,　§ | |
| 　　　　　*Petitioner,*　　　§ | |
| 　　　　　　　　　　　　　§ | |
| v.　　　　　　　　　　　　§ | CIVIL ACTION NO. 4:16-CV-01180 |
| 　　　　　　　　　　　　　§ | |
| LORIE DAVIS,　　　　　　§ | |
| Director, Texas Department of Criminal　§ | |
| Justice, Correctional Institutions Division,　§ | |
| 　　　　　*Respondent.*　　§ | |

## Order of Adoption

On June 14, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 14). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _July 11_, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge